UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| WILLIAM COLEMAN, | : | CIVIL ACTION NO. 10-2613 (MLC) |
| Plaintiff, | : | **O R D E R** |
| v. | : | |
| LONG BRANCH POLICE DEPARTMENT, et al., | : | |
| Defendants. | : | |

For the reasons stated in the Court's Memorandum Opinion, dated June 30, 2015, **IT IS** on this   30th   day of June, 2015, **ORDERED** that the plaintiff's motion for entry of default judgment **(dkt. 91)** is **DENIED**; and it is further

**ORDERED** that the cross motion by the defendants Todd Coleman, Ramon Chappard, Jeffrey Grippaldi, Robert Shamrock, and Jeffrey Pilone to set aside the entry of the defaults against them **(dkt. 96)** is **GRANTED**; and it is further

**ORDERED** that the defaults entered against the defendants Todd Coleman, Ramon Chappard, Jeffrey Grippaldi, Robert Shamrock, and Jeffrey Pilone **(unnumbered entry after dkt. 90)** are **SET ASIDE**; and it is further

**ORDERED** that the defendants Todd Coleman, Ramon Chappard, Jeffrey Grippaldi, Robert Shamrock, and Jeffrey Pilone are **GRANTED LEAVE** to file either answers or dispositive motions by July 21, 2015.

　s/ Mary L. Cooper　
**MARY L. COOPER**
United States District Judge