UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

(609) 989-2040

CHAMBERS OF
**TONIANNE J. BONGIOVANNI**
UNITED STATES MAGISTRATE JUDGE

U.S. COURTHOUSE
402 E. STATE STREET, RM 6052
TRENTON, NJ 08608

April 20, 2016

## LETTER ORDER

Re:   **William Coleman v. Long Branch Police Department, et al.**
    **Civil Action No. 10-2613 (MLC)**

Dear Counsel:

On March 8, 2016, the Honorable Mary L. Cooper denied the Motion to Dismiss filed by Defendants: Stanley Baumer, Ramon Camacho, Ramon Chappard, Todd Coleman, Jeffrey Grippaldi, Jeffrey Pilone, Tracey Polk, and Robert Shamrock.  [See Docket Entry No(s). 109-10]. Discovery had been stayed as to those Defendants pending a decision on the motions, and they now seek an additional 90 days to conduct fact discovery and to depose the Plaintiff. Another Defendant, Jason Roebuck, wishes to conduct the Plaintiff's deposition before determining whether it will retain an expert.

Therefore, the Plaintiff and Defendants Baumer, Camacho, Chappard, Coleman, Grippaldi, Pilone, Polk, and Shamrock are to exchange document demands as well as interrogatories. Each party is to send its request to the other no later than May 27, 2016. Given the Plaintiff's incarceration, additional time to respond shall be permitted, namely by July 1, 2016. Any issues regarding this discovery is to be addressed to the Court by July 29, 2016. The remaining schedule,

including the date for the Plaintiff's deposition shall thereafter be set.

**IT IS SO ORDERED.**

                                                                                /s/ Tonianne J. Bongiovanni
                                                  **TONIANNE J. BONGIOVANNI**
                                                  **United States Magistrate Judge**